| | |
|---|---|
| JACK RUSSO (SBN. 96068) | CHRIS SCOTT GRAHAM (SBN. 114498) |
| TIM C. HALE (SBN. 114905) | DECHERT LLP |
| RUSSO & HALE LLP | 1117 California Avenue |
| 401 Florence Street | Palo Alto, CA 94304-1106 |
| Palo Alto, CA 94301 | Telephone: (650) 813-4800 |
| Telephone: (650) 327-9800 | Facsimile: (650) 813-4848 |
| Facsimile: (650) 327-3737 | Email: chris.scott.graham@dechert.com |
| Email: jrusso@computerlaw.com | |
| Email: thale@computerlaw.com | Attorneys for Defendants, |
| | ON SEMICONDUCTOR CORP. and |
| Attorneys for Plaintiff YIELD DYNAMICS, INC. | T3 TECHNICAL SALES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation, | Case No.: C 06-06809 CW |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO STAY ACTION PENDING REISSUE OF THE PATENT-IN-SUIT** |
| vs. | |
| ON SEMICONDUCTOR CORPORATION, a Delaware corporation, and T3 TECHNICAL SALES, a California limited liability corporation, | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that:

1. Plaintiff Yield Dynamics, Inc. ("YDI") represents that on October 22, 2004, it filed an application with the United States Patent and Trademark Office ("PTO") seeking a reissue of the patent-in-suit, U.S. Patent No. 6,470,229 ("'229 Patent"). YDI represents that said application is currently under consideration by the PTO, and that the PTO has informed YDI that the matter would be addressed in the near future.

2. Upon consideration of the status of the reissue application, the parties agree that a stay of the instant action pending a decision on such reissue application for the '229 Patent is warranted by the principles of expediency and judicial economy.

3. The parties respectfully request that the Court stay all proceedings in the instant action until the PTO issues its final decision on the currently pending reissue application for the '229 Patent. Upon issuance of said final decision, the parties agree to promptly reinstitute the action in this Court.

4. Not withstanding the stay of proceedings, no later than February 16, 2007, YDI shall provide Defendants with an identification of each "Accused Instrumentality" as specified under Patent L.R. 3-1. However, YDI will not be required at this time to provide its disclosure of asserted claims and preliminary infringement contentions.

5. No later than March 16, 2007, Defendants agree to promptly provide to YDI any materials that they believe may be prior art as to any of the claims in the current '229 Patent or the reissue application so as to allow such materials, if possible, to be considered by the PTO as part of the reissue decision. Nothing herein shall obligate Defendants, however, to identify any alleged prior art during said stay period, but if they do, they shall disclose it to YDI as set forth above.

IT IS SO STIPULATED:

| RUSSO & HALE LLP | DECHERT LLP |
|---|---|
| By: _____/S/_____<br>      Tim C. Hale | By: _____/S/_____<br>      Chris Scott Graham |
| Attorneys for Plaintiff<br>YIELD DYNAMICS, INC. | Attorneys for Defendants<br>ON SEMICONDUCTOR CORP. and<br>T3 TECHNICAL SALES |
| Dated: January 8, 2007 | Dated: January 8, 2007 |

**VERIFICATION OF AUTHORIZATION TO SIGN AND FILE**:

On January 8, 2007, Chris Scott Graham authorized me to sign and electronically file this document on behalf of all parties.

RUSSO & HALE LLP

By: _____/S/_____
      Tim Hale

**ORDER**

Based on the Stipulation of the parties as set forth above, and good cause therefore shown, IT IS SO ORDERED.  **A Case Management Conference will be held on April 27, 2007, at 1:30 p.m.**

Date: 1/11/07

_____
United States District Court Judge