JACK RUSSO (SBN. 96068)
TIM C. HALE (SBN. 114905)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
Email: thale@computerlaw.com

Attorneys for Plaintiff YIELD DYNAMICS, INC.

CHRIS SCOTT GRAHAM (SBN. 114498)
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 813-4800
Facsimile: (650) 813-4848
Email: chris.scott.graham@dechert.com

Attorneys for Defendants,
ON SEMICONDUCTOR CORP. and
T3 TECHNICAL SALES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br><br>               Plaintiff,<br><br>    vs.<br><br>ON SEMICONDUCTOR CORPORATION, a Delaware corporation, and T3 TECHNICAL SALES, a California limited liability corporation,<br><br>               Defendants. | Case No.: C 06-06809 CW<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that:

1. On January 8, 2007, the parties to the action filed a Joint Stipulation and Proposed Order to Stay the Action Pending Reissue of the Patent-in-Suit, also specifying respective deadlines for either parties' identifications of "accused instrumentality" and disclosures of "prior art." On January 11, 2007, the Hon. Claudia Wilken signed the Proposed Order, further ordering that a Case Management Conference be held on April 27, 2007, at 1:30 p.m.

2. Plaintiff Yield Dynamics, Inc. ("YDI") represents that despite its efforts, its reissue application for the patent-in-suit, U.S. Patent No. 6,470,229 ("'229 Patent"), remains pending before the United

RUSSO &
HALE LLP
Palo Alto,
California

**Stipulation and [Proposed] Order**         1

**Case No. C 06-06809 CW**
13311580.1.BUSINESS

1    States Patent and Trademark Office ("PTO").  Both parties represent that to date, they have satisfied

2    their obligations specified in the Order of January 11, 2007.

3       3.   Upon consideration of the pending reissue application, and in the interest of judicial economy, the

4    parties respectfully request that the Court continue the Case Management Conference to a date at

5    least two months from April 27, 2007, to allow the PTO sufficient time to reissue the '229 Patent

6    and the parties adequate time to reinstate the action.

7    IT IS SO STIPULATED:

8    RUSSO & HALE LLP                        DECHERT LLP

9

10   By: _____/s/_____       By: _____/s/_____
           Tim C. Hale                            Chris Scott Graham

11   Attorneys for Plaintiff                  Attorneys for Defendants

12   YIELD DYNAMICS, INC.            ON SEMICONDUCTOR CORP. and
                                             T3 TECHNICAL SALES

13

14   Dated:  April 5, 2007                   Dated:  April 5, 2007

15

16   **VERIFICATION OF AUTHORIZATION TO SIGN AND FILE**:

17      On April 5, 2007, Chris Scott Graham authorized me to sign and electronically file this document on

18   behalf of all parties.

19                              RUSSO & HALE LLP

20                       By: _____/s/_____

21                              Tim C. Hale

22

23

24

25

26

27

28

1

**ORDER**

2

Based on the Stipulation of the parties, it is hereby ORDERED as follows:

3

1.      The case management conference is hereby continued from April 27, 2007, at 1:30 p.m. to

4

**July 24, 2007,  at 2:00 p.m.**

5

6

4/10/07

Date: _____                    _____

7

United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28