JACK RUSSO (SBN. 96068)
TIM C. HALE (SBN. 114905)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com
Email: thale@computerlaw.com

Attorneys for Plaintiff YIELD DYNAMICS, INC.

CHRIS SCOTT GRAHAM (SBN. 114498)
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 813-4800
Facsimile: (650) 813-4848
Email: chris.scott.graham@dechert.com

Attorneys for Defendants,
ON SEMICONDUCTOR CORP. and
T3 TECHNICAL SALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br>              Plaintiff,<br>vs.<br>ON SEMICONDUCTOR CORPORATION, a Delaware corporation, and T3 TECHNICAL SALES, a California limited liability corporation,<br>              Defendants. | Case No.: C 06-06809 CW<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that:

1. On January 8, 2007, the parties to the action filed a Joint Stipulation and Proposed Order to Stay the Action Pending Reissue of the Patent-in-Suit, also specifying respective deadlines for either parties' identifications of "accused instrumentality" and disclosures of "prior art." On January 11, 2007, the Hon. Claudia Wilken signed the Proposed Order, further ordering that a Case Management Conference be held on April 27, 2007, at 1:30 p.m.

2. By April, 2007, despite Plaintiff Yield Dynamics, Inc.'s ("YDI's") efforts, the reissue application for the patent-in-suit, U.S. Patent No. 6,470,229 ("'229 Patent") remained pending before the United States Patent and Trademark Office ("PTO").  Thus, on April 5, 2007, the parties stipulated to a

1 continuance of the Case Management Conference in this matter. That stipulation was entered as an
2 Order of the Court on April 10, 2007, setting a Case Management Conference for July 24, 2007, at
3 2:00 p.m.
4   3. Today, the reissue application for the '229 Patent remains pending before the PTO, despite YDI's
5 continued effort. Upon consideration of the pending reissue application, and in the interest of
6 judicial economy, the parties respectfully request that the Court further continue the Case
7 Management Conference in this action to a date in November, 2007, to allow the PTO sufficient
8 time to reissue the '229 Patent and the parties adequate time to reinstate this action.

IT IS SO STIPULATED:

RUSSO & HALE LLP                                   DECHERT LLP

By:  _____/s/_____                               By:  _____/s/_____
     Tim C. Hale                                        Chris Scott Graham

Attorneys for Plaintiff                            Attorneys for Defendants
YIELD DYNAMICS, INC.                               ON SEMICONDUCTOR CORP. and
                                                   T3 TECHNICAL SALES

Dated: July 12, 2007                               Dated: July 12, 2007

**VERIFICATION OF AUTHORIZATION TO SIGN AND FILE**:

   On July 11, 2007, Chris Scott Graham authorized me to sign and electronically file this document on behalf of all parties.

                                                   RUSSO & HALE LLP


                                                   By:  _____/s/_____
                                                        Tim C. Hale

1

**ORDER**

2     Based on the Stipulation of the parties, it is hereby ORDERED as follows:

3     1.     The case management conference is hereby continued from July 24, 2007 at 2:00 p.m. to

4 **November 27, 2007, at 2:00 p.m.**

5

6  Date: _7/23/07_____         _____

7                                          United States District Court Judge