| | |
|---|---|
| JACK RUSSO (SBN. 96068)<br>TIM C. HALE (SBN. 114905)<br>RUSSO & HALE LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>Telephone: (650) 327-9800<br>Facsimile: (650) 327-3737<br>Email: jrusso@computerlaw.com<br>Email: thale@computerlaw.com<br><br>Attorneys for Plaintiff YIELD DYNAMICS, INC. | CHRIS SCOTT GRAHAM (SBN. 114498)<br>DECHERT LLP<br>1117 California Avenue<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 813-4800<br>Facsimile: (650) 813-4848<br>Email: chris.scott.graham@dechert.com<br><br>Attorneys for Defendants,<br>ON SEMICONDUCTOR CORP. and<br>T3 TECHNICAL SALES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br>           Plaintiff,<br>       vs.<br>ON SEMICONDUCTOR CORPORATION, a Delaware corporation, and T3 TECHNICAL SALES, a California limited liability corporation,<br>           Defendants. | Case No.: C 06-06809 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that:

1. The patent-in-suit, U.S. Patent No. 6,470,229 ("'229 Patent"), is currently subject to re-examination proceedings before the Patent & Trademark Office ("PTO");

2. The parties to this action had previously agreed to stay the instant litigation pending the outcome of the PTO re-examination proceedings;

3. Despite Plaintiff Yield Dynamics, Inc.'s ("YDI's") efforts, the reissue application for the patent-in-suit remains pending before the PTO today, as there has been no decision reached by the PTO;

4. In light of the foregoing, the parties request that the stay on the instant action continue for at least a further ninety (90) days, and that all applicable deadlines, including the Case Management

1  Conference set for November 27, 2007 at 2:00 p.m, be extended for at least ninety (90) days pending
2  the outcome of the reissue application.

3  IT IS SO STIPULATED:

4  RUSSO & HALE LLP                                  DECHERT LLP

5
   By:  _____/s/_____              By:  _____/s/_____
6         Tim C. Hale                            Chris Scott Graham

7  Attorneys for Plaintiff                           Attorneys for Defendants
8  YIELD DYNAMICS, INC.                              ON SEMICONDUCTOR CORP. and
                                                     T3 TECHNICAL SALES
9

10 Dated:  November 26, 2007                         Dated:  November 26, 2007

11

12                **VERIFICATION OF AUTHORIZATION TO SIGN AND FILE**:

13     On November 26, 2007, Chris Scott Graham authorized me to sign and electronically file this
14 document on behalf of all parties.

15                                                   RUSSO & HALE LLP

16

17                                                   By:  _____/s/_____
                                                           Tim C. Hale
18

19

20                                        **ORDER**

21    Based on the Stipulation of the parties, it is hereby ORDERED as follows:

22    1.   The case management conference is hereby continued from November 27, 2007 at 2:00 p.m.
23 to March __25__, 2008, at 2:00 p.m.

24
          11/28/07
25 Date: _____            _____
                                                   [signature]
26                                                 United States District Court Judge

27

28