| | |
|---|---|
| JACK RUSSO (SBN. 96068)<br>TIM C. HALE (SBN. 114905)<br>RUSSO & HALE LLP<br>401 Florence Street<br>Palo Alto, CA 94301<br>Telephone: (650) 327-9800<br>Facsimile: (650) 327-3737<br>Email: jrusso@computerlaw.com<br>Email: thale@computerlaw.com<br><br>Attorneys for Plaintiff YIELD DYNAMICS, INC. | CHRIS SCOTT GRAHAM (SBN. 114498)<br>DECHERT LLP<br>1117 California Avenue<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 813-4800<br>Facsimile: (650) 813-4848<br>Email: chris.scott.graham@dechert.com<br><br>Attorneys for Defendants,<br>ON SEMICONDUCTOR CORP. and<br>T3 TECHNICAL SALES |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| YIELD DYNAMICS, INC., a California corporation,<br>            Plaintiff,<br>    vs.<br>ON SEMICONDUCTOR CORPORATION, a Delaware corporation, and T3 TECHNICAL SALES, a California limited liability corporation,<br>            Defendants. | Case No.: C 06-06809 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that:

1. On January 8, 2007, the parties to the action filed a Joint Stipulation and Proposed Order to Stay the Action Pending Reissue of the Patent-in-Suit, also specifying respective deadlines for either parties' identifications of "accused instrumentality" and disclosures of "prior art." On January 11, 2007, the Hon. Claudia Wilken signed the Proposed Order, further ordering that a Case Management Conference be held on April 27, 2007, at 1:30 p.m.

2. By April, 2007, despite Plaintiff Yield Dynamics, Inc.'s ("YDI's") efforts, the reissue application for the patent-in-suit, U.S. Patent No. 6,470,229 ("'229 Patent") remained pending before the United States Patent and Trademark Office ("PTO"). Thus, upon stipulation of the parties requesting a

1  continuance, the Court ordered that the Case Management Conference be continued to July 24, 2007,
2  at 2:00 p.m.  Come July 2007, however, the reissue application remained pending, and the parties
3  again stipulated to – and the Court entered an Order to – further continue the Case Management
4  Conference to November 27, 2007, at 2:00 p.m.

5  3. Based on the parties' prior stipulation, the Court continued the Case Management Conference to
6  March 25, 2008.  Nonetheless, there has yet to be any resolution or further significant action in
7  connection with the reissue application and it remains pending, despite YDI's continued effort.
8  Upon consideration of the pending reissue application and in the interest of judicial economy, the
9  parties respectfully request that the Court further continue the Case Management Conference in this
10 action to a date in July or August, 2008.

11 IT IS SO STIPULATED:

12 RUSSO & HALE LLP                                             DECHERT LLP

14 By: _____/s/_____                                          By: _____/s/_____
       Tim C. Hale                                                   Chris Scott Graham

15 Attorneys for Plaintiff                                      Attorneys for Defendants
16 YIELD DYNAMICS, INC.                                         ON SEMICONDUCTOR CORP. and
                                                                T3 TECHNICAL SALES

18 Dated:  November 16, 2007                                    Dated:  November 16, 2007

20 **VERIFICATION OF AUTHORIZATION TO SIGN AND FILE**:

21 On March 24, 2008, Chris Scott Graham authorized me to sign and electronically file this document
22 on behalf of all parties.

23                                                              RUSSO & HALE LLP

25                                                              By: _____/s/_____
26                                                                     Tim C. Hale

**ORDER**

Based on the Stipulation of the parties, it is hereby ORDERED as follows:

1. The case management conference is hereby continued from March 25, 2008 at 2:00 p.m. to August 5 , 2008, at 2:00 p.m.

Date: 3/25/08

[signature]

United States District Court Judge